In the Matter of KIRCHHOFF-CONSIGLI CONSTRUCTION MANAGEMENT, LLC, Respondent, v MECHTRONICS CORPORATION, Appellant.

Submitted April 17, 2017; decided September 5, 2017

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

In the Matter of DIXIE D. LEMMON et al., Respondents, v SENECA MEADOWS, INC., et al., Appellants.

Submitted May 22, 2017; decided September 5, 2017

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

JOERN MEISSNER, Appellant, v TRACY YUN et al., Respondents.

Decided September 5, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.